# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 40 WAL 2015
:
           Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.            :
:
:
:
WALTER DONALD BRADSHAW,  :
:
           Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.